### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KANTIBHAI SANKABHAI PATEL,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 25-3399-KSM** |
| **U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** | |
| Defendants. | |

### ORDER

**AND NOW**, this 3rd day of June, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint and Plaintiff's opposition (Doc. Nos. 8, 12), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the Motion is **GRANTED** as follows:

1.    Plaintiff's Administrative Procedure Act ("APA") claim against Defendants is **DISMISSED WITH PREJUDICE.**

2.    Plaintiff's *Accardi* doctrine claim against Defendants is **DISMISSED WITHOUT PREJUDICE**.

3.    To the extent that Plaintiff believes he can plausibly state an *Accardi* doctrine claim against Defendants, he may file an Amended Complaint by **July 6, 2026.**

   **IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

KAREN SPENCER MARSTON, J.